USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         -against-<br><br>JOSE MUNOZ,<br><br>                    Defendant. | **ORDER**<br><br>**12 Cr. 0031 (VM)** |
| JOSE MUNOZ,<br><br>                    Petitioner,<br><br>         -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | **20 Civ. 8436 (VM)** |

**VICTOR MARRERO, United States District Judge.**

The request from defendant-petitioner Jose Munoz ("Munoz") for an extension of time to respond to the Government's opposition to his motion, pursuant to 28 U.S.C. § 2255, (Civ. Dkt. No. 25), is GRANTED. Munoz's reply brief in further support of his motion is due by September 28, 2022.

**SO ORDERED.**

Dated:  August 31, 2022
        New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.

1