```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -against-

JOSE MUNOZ,

              Defendant.

**ORDER**

**12 Cr. 0031 (VM)**

---

JOSE MUNOZ,

              Petitioner,

    -against-

UNITED STATES OF AMERICA,

              Defendant.

**20 Civ. 8436 (VM)**

---

**VICTOR MARRERO, United States District Judge.**

The request from defendant-petitioner Jose Munoz ("Munoz") for an extension of time to respond to the Government's opposition to his motion, pursuant to 28 U.S.C. § 2255, (Cr. Dkt. No. 1825), is GRANTED. Munoz's reply brief in further support of his motion is due by October 31, 2022.

**SO ORDERED.**

Dated: October 5, 2022
      New York, New York

*[signature]*

_____
            Victor Marrero
              U.S.D.J.