**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2023

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

  - against -

JOSE MUNOZ,

      Defendant/Petitioner.

**12 Cr. 00031 (VM)**
**20 Civ. 8436 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  The resentencing of the Defendant/Petitioner, Jose Munoz, is hereby scheduled for November 17, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:  2 August 2023
     New York, New York

               _____
                 Victor Marrero
                  U.S.D.J.