**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2023
```

| | |
|---|---|
| JOSE MUNOZ,<br><br>                    Petitioner,<br><br>         - against -<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | |

**20 Civ. 8436 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Bureau of Prisons, and specifically, the administrator in charge of U.S.P. Lee in Jonesville, VA, is hereby directed to provide Jose Munoz (Reg. No. 66788-054) with the following documents sent by the Court or the Clerk of the Court, despite any 10-page rule that may apply to non-court provided documents: (1) the docket sheet from the above captioned matter and the related criminal matter, No. 12 Cr. 0031; (2) this Court's Decision & Order filed at 20 Civ. 8436, Dkt. No. 36; and (3) the forthcoming Supplemental Presentence Investigation Report.

The Clerk of the Court is respectfully directed to again mail those documents, and this Order, to Jose Munoz, Reg. No. 66788-054, U.S.P. Lee, P.O. Box 305, Jonesville, VA 24263.

**SO ORDERED.**

Dated:    25 August 2023
          New York, New York

                                        _____
                                              Victor Marrero
                                                 U.S.D.J.

1